O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6217-AHM (PJWx) | Date | December 22, 2008 |
|---|---|---|---|
| Title | POM WONDERFUL v. FRESHERIZED FOODS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Andrew E. Asch | Marshall M. Searcy, III | |

**Proceedings:** DEFENDANT REFRESHERIZED FOODS' MOTION TO CHANGE VENUE TO NORTHERN DISTRICT OF TEXAS [11]

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court denies defendants' motion to change venue. Plaintiff is ordered to submit a proposed order.

|  | : | 06 |
|---|---|---|
| | Initials of Preparer | SMO |